cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK DILLARD, | ) | Civil No.08cv1704 WQH (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING CASE |
| ASHWORTH, INC. | ) | MANAGEMENT CONFERENCE |
| Defendants. | ) | |

On January 27, 2009, the Court convened a Case Management Conference in the above entitled action. Appearing were Greg Vega, Esq. and Tim Francis, Esq. on behalf of plaintiff; Amy Lessa, Esq. on behalf of defendant.

Counsel have met their Rule 26(f) conference and the initial disclosure obligations in the case. Through that process, they have agreed to pursue mediation at this time. It is hoped that the mediation process can be completed within 4 to 6 weeks. Counsel have agreed to some limited discovery in advance of the mediation, as well as, the ability to utilize discovery in the related case in Alabama. Counsel will also work on an agreed protective order for this district and will submit that by way of joint motion to Judge Battaglia when it is ready.

///
///
///
///

1  A further telephonic Case Management Conference is now set for *April 2, 2009 at 9:30 a.m.*
2  Plaintiff's counsel will initiate the call at that time and the Court will set further dates and deadlines as
3  appropriate for the case at that stage.
4     IT IS SO ORDERED.

6  DATED: January 28, 2009

   _____
   Hon. Anthony J. Battaglia
   U.S. Magistrate Judge
   United States District Court